IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:00CR147-1-MU |
| ) | |
| MOHAMAD YOUSSEF HAMMOUD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## SWORN STATEMENT OF LARA DEEB, PH.D.

1. I am Lara Deeb, Ph.D. I am the Chair of the Department of Anthropology and Associate Professor of Anthropology at Scripps College, which is one of the Claremont Colleges in Claremont, California. My curriculum vita is attached as Exhibit A to this sworn statement. Among other articles, I am the author of "Hizbullah: A Primer." *Middle East Report Online*, July 31, 2006. (http//:www.merip.org) and a book published by Princeton University Press in 2006, titled *An Enchanted Modern: Gender and Public Piety in Shi'i Lebanon.*

2. I have spent extended time in Lebanon, and particularly in the southern suburbs of Beirut (which includes the neighborhood of Bourj el-Barajneh), during which I conducted original ethnographic research in the Shi'a Lebanese community there. I submit this sworn statement based on my personal knowledge based upon this field research in Lebanon.

3. It is important to clarify the relationship between Sayyid Muhammad Hussein Fadlallah and Hezbollah. (I would note that the use of the honorific "Sheikh" is incorrect. Fadlallah, who recently died, was a Sayyid, not a Sheikh. There are important differences.) Sayyid Fadlallah was considered a *marja' al-taqlid*, which means "source of emulation." This means that he was one of the Shi'a Muslim clerics who attained a rank high enough such that lay people might choose to follow his fatwas (religious opinions) as guidance. There are several of these clerics in the world. In Lebanon, the three most popular are Sayyid Ali al-Husayni Sistani (who lives in Iraq), Sayyid Ali Khamenei (the Iranian leader), and while still alive, Sayyid Fadlallah.

4. All Shi'a are free to choose whomever they want to follow, including Hezbollah members. Hezbollah officially follows the fatwas of Sayyid Ali Khamenei, but its members may choose anyone, and some did and do choose to follow Fadlallah. (Many Shi'a clerics state that it is possible to continue to follow someone after his death provided that one began to follow that person while he was still alive). This means that Fadlallah was *one of* the spiritual leaders for individual Shi'a members of Hezbollah, and an important religious figure in the Lebanese

Shi'a community. However, he was not formally or officially linked to Hezbollah or any other political party.

5. There have been times in the past few decades when he and Hezbollah disagreed significantly, most critically on the legitimacy of the idea of "rule of the jurisprudent," which unifies religious and political authority and is the system of government that Khomeyni set up in Iran. Fadlallah disagreed with this idea and did not support this form of government.

6. One cannot conclude that because a Shi'a Lebanese chose to follow Fadlallah's fatwas or communicated with him or his office that the person is a senior member of Hezbollah.

7. It is also important to clarify the issue of Fadlallah's accessibility to his followers. All "sources of emulation" in Lebanon have juristic offices. Lay people may visit, call, or email these offices with their questions. They also maintain websites where their fatwas are posted, and where people may submit questions. Fadlallah's offices were staffed by people who are able to accurately convey his religious opinions. Although Fadlallah lived under security, he was also renowned as a religious leader who was in touch with the people and their daily problems and lives. While he was in decent health, it was possible for any of his followers to request an appointment with him, either in person or on the telephone. At times, he also held open office hours during which he would meet with followers who had questions. Contact with him was not limited to the powerful. The fact of personal communication with him would not support any conclusion about whether that person was associated with Hezbollah.

8. The large famous mosque that Fadlallah built and where he preached is actually called al-Hasanayn Mosque and it is located in Haret Hrayk, the neighborhood next to Bourj el-Barajneh.

9. There are a number of excellent academic publications about Fadlallah and Hezbollah that may be useful:

    o **Undoubtedly *the* most respected expert on Hezbollah in the United States is Augustus Richard Norton, former U.S. military turned political anthropologist. His peer-reviewed publications include:**

        o Norton, Augustus Richard (1987). *Amal and the Shi'a: Struggle for the Soul of Lebanon*, Austin: University of Texas Press.

        o Norton, Augustus Richard. (1999). *Hizballah of Lebanon: Extremist ideals vs. mundane politics*. New York: Council on Foreign Relations.

        o Norton, Augustus Richard. (2007). *Hezbollah*, Princeton: Princeton University Press.

- o **Other excellent scholarly work on Hezbollah includes the following peer-reviewed articles and books:**

    - o Harb, Mona, "Faith-Based Organizations as Effective Development Partners?: Hizbullah and Post-War Reconstruction in Lebanon." In *Faith Matters: Civil Society, Development and the Complex World of Faith-Based Organizations*. p.214-239. (Ed., G. Clarke and M. Jennings. London: Palgrave, 2007).

    - o Harb, Mona and Leenders, Reinoud, "Know thy enemy: Hizbullah, 'terrorism' and the politics of perception," *Third World Quarterly*, Vol. 26, No. 1, 2005, pp 173–197.

    - o Harik, Judith, *Hezbollah : The Changing Face of Terrorism*. London : I.B.Tauris. 2004.

    - o Saad-Ghorayeb, Amal. *Hizb'ullah: Politics and religion*. London: Pluto Press, 2002.

- o **The following set of articles are all excellent peer-reviewed academic articles and chapters on Fadlallah and on what it means to be a *marja' al-taqlid*:**

- o Special Issue dedicated to Sayyid M. H. Fadlallah. *Journal of Shi'a Islamic Studies*. Autumn 2010, Volume III, Issue 4. This is an entire issue of an academic journal containing articles and reviews about Fadlallah.

- o Walbridge, Linda S. "Introduction: Shi'ism and Authority," In *The Most Learned of the Shi'a: The Institution of the Marja' Taqlid*, ed. Linda S. Walbridge. Oxford: Oxford University Press. 2001, pp 3-13.

- o Aziz, Talib. "Fadlallah and the Remaking of the Marja'iyya," In *The Most Learned of the Shi'a: The Institution of the Marja' Taqlid*, (Ed., Linda S. Walbridge. Oxford: Oxford University Press. 2001) pp 205-215.

On this 9th day of November, 2010, I, Lara Deeb, Ph.D., pursuant to 28 U.S.C. § 1746, declare and state under penalty of perjury that the foregoing is true and correct.

Lara Deeb, Ph.D.

DENEB A. CRAVIOTO
Commission # 1821827
Notary Public - California
Los Angeles County
My Comm. Expires Nov 8, 2012

See attached

3

## California All Purpose Acknowledgement

State of California
County of Los Angles

On _NOV. 9 2010_ before me, _DENEB A CRAVIOTO NOTARY PUBLIC_

personally appeared _LARA DEEB_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under
PENALTY OF PERJURY under the laws of the State of California that
the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature of Notary Public _A Cravioto_

DENEB A. CRAVIOTO
Commission # 1821827
Notary Public - California
Los Angeles County
My Comm. Expires Nov 8, 2012

Associate Professor  LDeeb@scrippscollege.edu
Department of Anthropology  (909) 607-3547
Scripps College
1030 Columbia Avenue #4077
Claremont, CA 91711

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2010- present | Chair, Deparment of Anthropology, Scripps College |
| 2008-present | Associate Professor, Anthropology, Scripps College |
| 2008-2009 | Associate Professor, Women's Studies and Anthropology, University of California, Irvine (on leave 2008-2009) |
| 2008 | Associate, Department of Social and Behavioral Sciences, American University of Beirut |
| 2004-2008 | Assistant Professor, Women's Studies, University of California, Irvine |
| 2006-2007, 2003-2004 | Academy Scholar, Weatherhead Center for International Affairs, Harvard University |
| 1999-2001 | Associate, Center for Behavioral Research, American University of Beirut |

## EDUCATION

| | | |
|---|---|---|
| Emory University | 1996-2003 | Ph.D., Anthropology |
| Emory University | 1999 | M.A., Anthropology |
| Brown University | 1991-1995 | A.B., Medical Anthropology |

## PUBLICATIONS
**Book**
Deeb, Lara. 2006. *An Enchanted Modern: Gender and Public Piety in Shi'i Lebanon.* Princeton, NJ: Princeton University Press.

**Peer-reviewed journal articles**
Deeb, Lara. 2010. "Sayyid Muhammad Husayn Fadlallah and Lebanese Shi'i Youth." Invited Symposium on Sayyid Fadlallah. *Journal of Shi'a Islamic Studies* III(4): 405-426.

Deeb, Lara and Mona Harb. 2010. "Politics, Culture, Religion: How Hizbullah is Constructing an Islamic Milieu in Lebanon." *Review of Middle East Studies* 43(2): 198-206.

Deeb, Lara. 2009. "Piety Politics and the Role of a Transnational Feminist Analysis." *Journal of the Royal Anthropological Institute* 15 (supplement 1).

Deeb, Lara. 2009. "Emulating and/or Embodying the Ideal: The Gendering of Temporal Frameworks and Islamic Role Models in Shi'i Lebanon." *American Ethnologist* 36(2): 242-257.

Deeb, Lara. 2008. "Exhibiting the 'Just-Lived Past': Hizbullah's Nationalist Narratives in Transnational Political Context." *Contemporary Studies in Society and History* 50(2): 369-399.

Deeb, Lara. 2006. "Deconstructing a 'Hizbullah Stronghold.'" *The MIT Electronic Journal of Middle East Studies,* 6 (summer): 115-125. Available at: http://web.mit.edu/CIS/www/mitejmes/intro.htm

Deeb, Lara. 2005. "Living Ashura in Lebanon: Mourning Transformed to Sacrifice." *Comparative Studies of South Asia, Africa, and the Middle East* 25(1): 122-137.

Deeb, Lara. 2005."Silencing Religiosity: Secularity and Arab American Feminisms." *The MIT Electronic Journal of Middle East Studies,* 5 (spring): 202-207. Available at: http://web.mit.edu/cis/www/mitejmes/

Allen, Lori, **Lara Deeb**, and Jessica Winegar. 2005. "Academics and the Government in the 'New American Century': a conversation with Rashid Khalidi." *Radical History Review* 93: 240-259.

**Peer-reviewed book chapters**
Deeb, Lara and Mona Harb. In press. "Sanctioned Pleasures: Youth Negotiations of Leisure Sites and Morality in Al-Dahiya." In *Arab Youth: Social Mobilization in Times of Risk,* eds. Roseanne and Samir Khalaf. Saqi Press. Forthcoming 2011.

Deeb, Lara. 2010. "Gendering Islamophobia and Islamophilia: Shi'i Muslim Women in Lebanon." In *Islamophobia/Islamophilia,* ed. Andrew Shryock, 147-173. Bloomington: Indiana University Press.

Deeb, Lara. 2010. "Hizbullah and Lebanese Nationalism." In *Routledge Handbook of Political Islam,* ed. S. Akbarzadeh, pp. London: Routledge.

Harb, Mona and **Lara Deeb**. 2008. "Les Autres Pratiques de la Resistance: Tourisme Politique et Loisirs Pieux." In *Le Hezbollah: Etat des Lieux,* ed. Sabrina Mervin, 233-251. Paris: Actes Sud.

Deeb, Lara. 2008. "Hizbullah and its Civilian Constituencies in Lebanon." In *The War on Lebanon: A Reader,* ed. Nubar Hovsepian, 58-74. Northampton, MA: Interlink Publishers.

Deeb, Lara. 2005. "From Mourning to Activism: Sayyedeh Zaynab, Lebanese Shi'i Women, and the Transformation of Ashura." In *The Women of Karbala: The Gender Dynamics of Ritual Performances and Symbolic Discourses of Modern Shi'i Islam,* ed. Kamran Scot Aghaie, 241-266. Austin: University of Texas Press.

Deeb, Lara. 2005. "'Doing Good, Like Sayyida Zaynab': Lebanese Shi'i Women's Participation in the Public Sphere." In *Religion, Social Practice, and Contested Hegemonies: Reconstructing the Public Sphere in Muslim Majority Societies,* ed. Armando Salvatore and Mark LeVine, 85-108. New York: Palgrave.

**Other articles, commentaries, and encyclopedia entries**
Deeb, Lara. In Press. "Hizbullah" and "Amal." In *The Princeton Encyclopedia of Islamic Political Thought,* ed. Gerhard Böwering. Princeton: Princeton University Press. Forthcoming July 2011.

Deeb Lara and Mona Harb. 2010 "Piety and Pleasure: Youth Negotiations of Moral Authority and New Leisure Sites in al-Dahiya." *Bahithat: Cultural Practices of Arab Youth* (XIV): 414-427.

Deeb, Lara and Mona Harb. 2007. "Sanctioned Pleasures: Youth, Piety and Leisure in Beirut." *Middle East Report* 245: 12-19.

Deeb, Lara. 2007. "Louder Than Bombs." *Middle East Report* 242 (Spring 2007): 18-19.

Deeb, Lara. 2007. "Entry for "Islamic Preachers and Preaching." *Enclyclopedia of Women and Islamic Cultures,* ed. Suad Joseph. Leiden: Brill.

Deeb, Lara. 2006. "Lebanese Shi'i Women, Temporality, and Piety." *ISIM Newsletter* (Newsletter of the International Institute for the Study of Islam in the Modern World) 18. (Autumn 2006)

Deeb, Lara. 2006. "'Hizbullah Strongholds' and Civilian Life." *Anthropology News* 47(7): 10-11.

Deeb, Lara. 2006. "Hizbullah: A Primer." *Middle East Report Online,* July 31, 2006. (www.merip.org).

Deeb, Lara. 2002. "Women's Islamic Community Service in Beirut." *ISIM Newsletter* (Newsletter of the International Institute for the Study of Islam in the Modern World) 11:27.

Deeb, Lara. 2000. "Lebanon: An Occupation Ends," Press Information Note #22, Middle East Research and Information Project, May 31, 2000.

**Book reviews**

| | |
|---|---|
| 2008 | Review of Mai Ghoussoub, Leaving Beirut. *Feminist Review* 88(1): 169-171. |
| 2007 | Review of Christa Salamandra, A New Old Damascus: Authenticity and Distinction in Urban Syria. *International Journal of Middle East Studies* 39(4): 667-669. |
| 2007 | Review of Naim Qassem, Hizbullah: The Story from Within. *Journal of Palestine Studies* 36(2): 100-101. |
| 2006 | Review of Pamela Stewart and Andrew Strathern, eds., Contesting Rituals: Islam and Practices of Identity-Making. *Journal of Anthropological Research* 62: 111-113. |
| 2006 | Review of Yitzhak Nakash, Reaching for Power: The Shi'a in the Modern Arab World. *Middle East Journal* 60(3): 612-613. |
| 2001/2002 | Review of Maria Holt, ed., Women and War in Lebanon." *Middle East Women's Studies Review* 16(3/4): 19. |
| 2001 | "The Contested Public Lives of Middle Eastern Women: A Review of Gender on the Market and Gender Politics in Sudan" (co-authored with Marcia Inhorn). *Reviews in Anthropology* 30:85-97. |
| 2000 | Review of Iman Basyouny, Just a Gaze: Female Clientele of Diet Clinics in Cairo: An Ethnomedical Study. *Middle East Women's Studies Review* 15(1/2): 10-11. |

3

**Reprints and Translations**

2010        Translation (into Persian) and reprint of "Lebanese Shi'a Women, Temporality, and Piety." *Kheymeh News* (May 2010).

2010        Reprint of "Piety politics and the role of a transnational feminist analysis." In *Islam, Politics, Anthropology*, 107-120, ed. Ben Soares and Filippo Osella. Wiley-Blackwell.

2010        Reprint of "Al-Dahiyya: Sight, Sound, Season" (from *An Enchanted Modern*). In *Arab Society and Culture: An Essential Guide*, ed. Samir and Roseanne Khalaf. London: Saqi Press.

2008        Translation (into German) and reprint of "Hizbullah: A Primer" as "Miliz, Partei und Wohlfahrtsorganisation Die Hizbullah." *Inamo* 53: 14-19.

2008        Reprint of "Silencing Religiosity: Secularity and Arab American Feminisms." In *Unequal Sisters: A Multicultural Reader in US Women's History*, 4th edition, 592-596, ed. Vicki L. Ruiz and Ellen Dubois. Routledge.

2006        Reprint of "Hizbullah: A Primer" as "God's Own Party." *Red Pepper* 145: 20-24.

2006        Reprint of "Hizbullah: A Primer" as "Hezbollah: A Proxy for Iran and Syria?" *Third World Resurgence* 191: 26-29.

## GRANTS AND AWARDS

| | |
|---|---|
| 2009-2011 | American Council of Learned Societies (ACLS) Collaborative Research Fellowship for project: "Constructing and Negotiating the Islamic Milieu: New Moralities and Spatialities in Shi'i Lebanon," with Mona Harb (American University of Beirut) |
| 2008-2009 | Wenner-Gren International Collaborative Research Grant for project: "Faith and Fun: Pious Entertainment in Shi'i South Beirut," with Mona Harb (American University of Beirut) |
| 2004 | Malcolm H. Kerr Dissertation Award for Social Sciences, Middle East Studies Association |
| 1999 – 2001 | National Science Foundation Doctoral Research Fellowship |
| 1999 – 2000 | Social Science Research Council International Dissertation Research Fellowship |
| 2000 | PEO Scholar Award for Doctoral Research |
| 1999 | Emory University Internationalization Fund for Dissertation Research |
| 1998 | Mellon Foundation Summer Research Grant |
| 1997 | National Science Foundation Three-year Predoctoral Fellowship |
| 1996 | Emory University Five-year Graduate Fellowship |
| 1996 | Baker-Emery Fellowship for Graduate Study (through Brown Univ.), declined |
| 1995 | Award for Outstanding Honors Thesis in Anthropology, Brown University |
| 1995 | Honors and *cum laude*, Brown University |

## PRESENTATIONS
**Invited lectures and papers**

2010        "Leisurely Islam: Youth Negotiations of Morality in Shi'ite South Beirut," lecture given in the Middle East and North African Studies Distinguished Lecture Series, University of Wisconsin-Milwaukee; October 6, 2010.

4

Case 3:00-cr-00147-GCM-DSC   Document 1116   Filed 11/22/10   Page 8 of 17

| | |
|---|---|
| 2010 | "Taste and Aesthetics in the Pious Leisure Industry in Beirut," co-authored with and presented by Mona Harb at the workshop "Aesthetics, Politics, and Cultural Practices in Arab Societies Today," Villa Jaffé at the Wissenschaftskolleg zu Berlin; July 14-16, 2010. |
| 2010 | "Piety and Pleasure: Youth Negotiations of Moral Authority in South Beirut," co-authored with Mona Harb, lecture given at the Department of Middle East Studies, University of Texas at Austin; March 1, 2010. |
| 2009 | "Piety and Pleasure: Youth Negotiations of Moral Authority in al-Dahiya," co-authored with Mona Harb, presented at the conference "Marginalization and Mobilization of Youth in the Near East," American University of Beirut, Lebanon; May 30, 2009. |
| 2009 | Invited Panelist, "Gender and Conflict Zones," A Symposium on Women in Conflict Zones, the Burkle Center for International Studies and the Department of Women's Studies, UCLA; April 10, 2009. |
| 2009 | "Women's Public Participation, Sexual Rights, and Social Change in the Hizbullah Community," Center for Islamic and Arabic Studies, and Department of Women's Studies, San Diego State University; March 8, 2009. |
| 2009 | "Women's Public Participation, Sexual Rights, and Social Change in Shi'i Lebanon," Tuesday Noon Academy, Scripps College; March 3, 2009. |
| 2009 | "Geographies of pious morality as renegotiations of citizenship: A view from the southern peripheries of Beirut," co-authored with and presented by Mona Harb at the conference "Peripheries: Decentering Urban Theory," University of California, Berkeley; February 7, 2009. |
| 2008 | "Emulating and/or Embodying the Ideal: The Gendering of Temporal Frameworks and Islamic Role Models in Shi'i Lebanon," Institute for Signifying Scriptures, Claremont Graduate University, Claremont, CA; October 23, 2008. |
| 2008 | Invited Panelist, "What Is Feminist Politics Now? Local and Global," 21st anniversary conference of the Institute for Research on Women and Gender, Columbia University, New York, NY; September 20, 2008. |
| 2008 | "Sanctioned pleasures: Negotiating authority, leisure, and sexuality in Shi'i Lebanon." Program for the Study of Women, Gender, and Sexuality, Rice University, Houston, TX; April 11, 2008. |
| 2008 | "Understanding Hizbullah." Department of History and James A. Baker III Institute for Public Policy, Rice University, Houston, TX; April 10, 2008. |
| 2008 | Invited Author, "Thinking Through the Gendering of Temporality in Shi'i Lebanon." WCLS Works in Progress Seminar in the Humanities and Social Sciences, Chapman University, Orange, CA; March 12, 2008. |

| | |
|---|---|
| 2008 | Invited Participant, "Tracing Our Research Trajectories: The Study of Gender in Muslim Societies: A Roundtable of Southern California Scholars," Annual *Journal of Middle East Women's Studies* Symposium, UCLA; February 13, 2008. |
| 2008 | Invited Panelist, "The State of Anthropology/Anthropology of the State in the Middle East," Reed College, Portland, OR; February 8, 2008. |
| 2007 | Invited Discussant for Panel, "Addressing (In)Justice at the Margins: Transnational Perspectives on the Destruction, Reconstruction, and Re-Destruction of Lebanon," Annual Meeting of the American Anthropological Association; Washington, D.C., November 29, 2007. |
| 2007 | "Muslim and Modern: Hizbullah Women's Engagements with Transnational Gender Discourses," presented at the conference "Islamophobia/Islamophilia: Beyond the Politics of Enemy and Friend," University of Michigan, Ann Arbor; October 20, 2007. |
| 2007 | Keynote Lecture, "Islamic Feminisms: Piety, Politics, and Critical Transnational Engagements," presented at the conference "Engaging Islam: Feminisms, Religiosities, and Self-determinations," University of Massachussetts, Boston; September 12, 2007. |
| 2007 | "Hizbullah and its Constituencies," Middle East Forum, Kennedy School of Government, Harvard University, Cambridge, MA; April 11, 2007. |
| 2007 | "Pious Progress: Thinking through the Gendering of Temporality in Shi'i Beirut," Director's Lecture Series, Center for Middle East Studies, Harvard University, Cambridge, MA; March 21, 2007. |
| 2007 | "Hizbullah: History, Society, Popularity," Center for Middle East Studies, Graduate Center, City University of New York, New York, NY; March 19, 2007. |
| 2007 | "Unpacking 'Piety Politics' in the Suburbs of Beirut," presented at the conference "Gender Studies and Religious Subjects: Perspectives Across Disciplines," Harvard Divinity School, Cambridge, MA; February 23, 2007. |
| 2006 | "Piety, Gender, and Temporality in Shi'i Beirut," Department of History, Middle East Center, and Gender Studies Program, University of Utah, Salt Lake City; November 2, 2006. |
| 2006 | "Hizbullah: History, Popularity, Society," Middle East Studies Program, California State University at Long Beach; October 25, 2006. |
| 2006 | "Gender, Public Piety and Temporality in Shi'i Lebanon," presented at "JMEWS: Gender and the Transnational Middle East," UCLA; July 10-11, 2006. |
| 2006 | "Pious Modern: Gendered Negotiations of Religiosity in Shi'i Beirut," Department of Anthropology, University of Chicago; February 20, 2006. |
| 2006 | "From Husayn to Hizbullah: Lebanese Shi'i Contexts for Martyrdom," presented at symposium: "Dying to Kill, Dying to Win: Contexts and Conditions of Suicide Terrorism," Institute for Comparative and International Studies, Emory University; March 2-3, 2006. |

6

Case 3:00-cr-00147-GCM-DSC Document 1116 Filed 11/22/10 Page 10 of 17

| | |
|---|---|
| 2006 | "Pious Modern: Lebanese Shi'i Women and Transformations in Religiosity," presented at the workshop: "Contemporary Islamic Movements: Ideology, Aesthetics, Politics," University of Texas at Austin; February 16-17, 2006. |
| 2006 | "Thoughts on Gender and Temporality in Shi'i Islamism," presented at the workshop: "Linking Middle East and Arab American Gender Studies," UCLA Center for Near Eastern Studies and UCLA Center for the Study of Women; January 27-29, 2006. |
| 2005 | "Pious Modern: Lebanese Shi'i Women and the Transformation of Ashura," Department of Anthropology, University of California, San Diego; October 31, 2005. |
| 2005 | "Pious Modern: Lebanese Shi'i Women and the Transformation of Religiosity," University Lectures Series and Women's Studies Program, University of the South; Sewanee, TN, September 13, 2005. |
| 2005 | "Living Ashura in Lebanon: From Mourning to Sacrifice in the Hizbullah Community," Department of Government and Project on Global Change, Wesleyan University; Middletown, CT, March 23, 2005. |
| 2004 | "Lebanese Shi'i Women and Transformations in Religiosity," The Irvine Seminars in the Anthropology of Modernity, Department of Anthropology, University of California, Irvine; November 30, 2004. |
| 2004 | "Living Ashura in Lebanon: From Mourning to Sacrifice," Humanities Foundation and Department of Anthropology, Boston University; November 4, 2004. |
| 2004 | "Lebanese Shi'i Women and the Pious Modern," Center for Middle East Studies, Harvard University; Cambridge, MA, March 23, 2004. |
| 2003 | Invited Panelist, "Arab/Arab-American Feminists and America Studies Roundtable I: The Enemy Within: Nation, War, and Belonging," Annual Meeting of the American Studies Association; Hartford, CT, October 18, 2003. |
| 2001 | "Researching Community Work in the Southern Suburbs of Beirut: An Ethnographic Approach," presented at the Faculty of Public Health, American University of Beirut; January 17, 2001. |

**Conference papers (post-Ph.D. only)**

| | |
|---|---|
| 2010 | "Consuming 'Tradition': Piety, Morality, and Leisure Sites in Beirut," co-authored with and to be presented by Mona Harb at the Twelfth Conference of the International Association for the Study of Traditional Environments (IASTE) "The Utopia of Tradition;" Beirut, Lebanon, December 15-18, 2010. |
| 2010 | "The Politics of Middle East Anthropology from the End of the Cold War through the War on Terror," co-authored with Jessica Winegar, presented by Lara Deeb at the "State of the Art: Anthropology of the Middle East and North Africa" Conference; University of California, Los Angeles, CA, April 1, 2010. |

7

| | |
|---|---|
| 2008 | "Politics, Culture Religion: How Hizbullah is constructing an Islamic sphere in Lebanon," co-authored with Mona Harb, presented by Lara Deeb in an Invited Session (SCA and MES) at the Annual Meeting of the American Anthropological Association; San Francisco, CA, November 22, 2008. |
| 2008 | "Morality in the City: Practices and Places of Pious Leisure in Beirut," paper co-authored with and presented by Mona Harb at the City Debates Conference; Beirut, Lebanon, October 27-28, 2008. |
| 2007 | "Gender roles and sanctioned fun: Contesting authority in the Shi'i Islamic milieu in Lebanon," paper presented at the Annual Meeting of the American Anthropological Association; Washington, D.C., November 30, 2007. |
| 2006 | "Lebanese Shi'i Gender Activists and the Case for Transnational Feminist Analysis," paper presented at the Annual Meeting of the American Anthropological Association; San Jose, CA, November 15, 2006. |
| 2006 | "From Politics to Culture: Hizbullah's Conservative Art and Tourism in Lebanon" (co-authored and co-presented with Mona Harb), paper presented at the Second World Congress of Middle East Studies; Amman, Jordan, June 13, 2006. |
| 2006 | "Memorializing Martyrs: Hizbullah's Uneasy Rapprochement between Religious History, Personal Loss, and the Nation," paper presented at the 7th Annual Mediterranean Social and Political Research Meeting of the Mediterranean Programme of the Robert Schuman Centre for Advanced Studies, European University Institute; Florence & Montecatini Terme, March 22-26, 2006. |
| 2005 | "An Exploration of the Diversity of Shi'i 'Islamist' Women's Activism in Lebanon," paper presented at The 13th Berkshire Conference of Women's Historians; Scripps College, Claremont, CA, June 5, 2005. |
| 2005 | "Imaging/Imagining Martyrs: Hizbullah's Uneasy Rapprochement between Religious History, Personal Loss, and the Nation," paper presented at the Meeting of the American Ethnological Society; San Diego, CA, April 8, 2005. |
| 2004 | "Whose Piety, Which Morality? Gender at the Center of Debate in the Southern Suburbs of Beirut," paper presented at the Annual Meeting of the Middle East Studies Association; San Francisco, CA, November 22, 2004. |
| 2004 | "Gender, Piety, and the Reconstruction of the Public Sphere in a Lebanese Shi'I Community," paper presented at the Social Science Research Council's Beirut Conference on Public Spheres; Beirut, Lebanon, October 24, 2004. |
| 2004 | Panelist, Roundtable on the Keyword "Embedded," Women's Studies Program, University of California, Irvine; October 14, 2004. |
| 2003 | "Shi'i Islamist Women in Beirut and the Dilemma of the Public/Private Dichotomy," paper presented at the Annual Meeting of the American Anthropological Association; Chicago, IL, November 20, 2003. |

8

Case 3:00-cr-00147-GCM-DSC   Document 1116   Filed 11/22/10   Page 12 of 17

**Contributions to other media and non-academic lectures**
Radio interview, *Middle East Panorama*, Resonance FM Radio, London; March 9, 2007
Lecture, "Hizbullah," Palomar College, San Marcos, CA, February 9, 2007
Lecture, "Hizbullah," Middle East Cultural and Information Center, San Diego, November 10, 2006
Radio interview, *Arab Voices*, KPFT radio, August 22, 2006
"Inextricably Linked: The Israeli-US Imperial Project for a 'New Middle East' and Anti-Colonial Resistance in Lebanon, Palestine, and Iraq," *Radio Intifada*, KPFK radio, August 17, 2006
"Hezbollah and the Left," *Against the Grain*, KPFA radio, August 9, 2006
Radio interview, *The Danny Fontana Show*, August 8, 2006

## EDITORIAL DUTIES

| | |
|---|---|
| September 2010- present | Editorial Board Member, *International Journal of Middle East Studies* |
| July 2007- present | Book Review Editor & Editorial Board Member, *American Ethnologist* |
| January 2007- present | Editorial Committee, *Middle East Report* (MERIP) |
| October 2006- June 2010 | Book Review Editor & Editorial Board Member, *Journal of Middle East Women's Studies* |

**Manuscripts refereed for:**
*American Ethnologist, Arab Studies Journal, British Journal of Middle East Studies, Comparative Education Review, Comparative Studies of Society and History, Feminist Studies, Feminist Theory, GLQ, Identities, International Journal of Middle East Studies, Journal of Middle East Women's Studies, Journal of Urban Health, Theory Culture and Society,* Princeton University Press, University of Florida Press, Stanford University Press, University of Texas Press, Syracuse University Press, Indiana University Press, New York University Press, Oxford University Press.

## UNIVERSITY AND PROFESSIONAL SERVICE
**Professional service**
Committee on Ethics, American Anthropological Association, 2010- present (Co-Chair from 11/10)
At-large Board Member, Association for Middle East Women's Studies, 2007- 2009
Nominating Committee, Middle East Studies Association, 2009
Program Editor, Middle East Section, American Anthropology Association, 2008
Program Co-Editor, Assoc. for Feminist Anthropology, American Anthropology Association, 2008
Grant Proposal Reviewer, Social Sciences and Humanities Research Council of Canada, 2008
Panel Selection Committee, Middle East Section, American Anthropology Association, 2005
Defense of Civil Rights in Academia Committee, National Council of Arab Americans, Board Member, 2005-2007
Task Force on Middle East Anthropology, Founding Member, 2002-present

**Scripps College and Claremont Colleges service**
Advisory Board, Center for Social Inquiry (at Pitzer) (fall 2010-present)
Diversity Coordinating Committee (DCC) (fall 2008-present)
Advisory Committee, Humanities Institute (2009-2010)
Presidential Inaugural Committee (spring 2009-spring 2010)
Chair, Search Committees for two Anthropology replacement positions (2009-2010)
Search Committee, Gender and Women's Studies (2008-2010)
Interviewer for Scripps Scholars Program (spring 2010)
Governing Committee for Middle East Studies (at CMC) (spring 2009)

Financial Aid Subcommittee of the DCC (2008-2009)
Curriculum Committee, Intercollegiate Women's Studies (IWS) (2008-2009)
Advisor for the Humanities Institute spring program on Gender and Islam (2008-2009)
Interviewer for Fulbright Applicants (2008)

**University of California, Irvine service**
Director of Graduate Studies, Graduate Feminist Emphasis, 2005-2006 and 2007-2008
Mentor, Cross-Cultural Center Mentorship Program, 2007-2008
Search Committee, Department of Women's Studies, 2007-2008
Committee to Propose Major/Minor in Middle East and African Studies, 2007-2008
Inter-School Task Force on Junior-Senior Faculty Collaborations, 2007-2008
Coordinator for Freshman Seminar, "TV and the Real OC," 2006
Organizer and Moderator, Women's Studies Roundtable on the Keyword "Private," 2006
Co-taught in "Imagining the Future" Pilot Course, 2006
Steering Committee, Religious Studies Program, 2005-2008
Organizer and Moderator, Women's Studies Roundtable on the Keyword "Regulation," 2005
Working Group in Middle East and African Studies, Founding Member, 2004-2008
"Imagining the Future" Initiative Committee, 2004-2006
Outreach Coordinator for Women's Studies, 2004-2005
Arabic Language Search Committee, 2004-2005
Dean's Ad-Hoc Committee on Multidisciplinary Initiatives, 2004
Drafted First-year Arabic course proposal, 2004

**Affiliations at Claremont Graduate University**
Research Associate and Faculty Affiliate, Institute for Signifying Scriptures
Faculty Affiliate, Ph.D. Program in Women's Studies and Religion

**Panels organized and/or moderated**
Moderator, "Organic Feminisms and the Politics of Islamic Thought," Thinking Gender Conference, UCLA, 2005.
Co-Organizer, Middle East Section Workshop, "Classroom Strategies for Teaching About the Middle East/North Africa and Islam," Annual Meeting of the American Anthropological Association, 2003
Co-Organizer and Co-Chair, "Mobilizing Faiths: Radical Religious Movements, Class Identities, and Calls to Social Action," Annual Meeting of the American Anthropological Association, 2002.
Organizer, "Arab/Muslim Women in the Public: The Intersection of Religion with Women's Participation in the Public Sphere," Annual Meeting of the Middle East Studies Association, 2002.
Co-Organizer and Co-Chair, "Authenticity in the Modern Middle East: Resistance and Incorporation," Annual Meeting of the American Anthropological Association, 2001.

## TEACHING
**Courses Taught at Scripps College**
| | |
|---|---|
| AN 2 | Introduction to Sociocultural Anthropology |
| AN 25 | Anthropology of the Middle East |
| AN 87 | Contemporary Issues in Gender and Islam |
| AN 108 | Kinship, Family, Sexuality |
| AN 129 | Gender, Nationalisms and the State |
| AN 171 | Seminar in Sexuality and Religion |
| AN 191 | Senior Thesis Seminar |

10

**Courses Taught at UC Irvine**

| | |
|---|---|
| WS 50A | Gender and Feminism |
| WS 60C and ANTH 89 | Gender and Religion |
| WS 110A and ANTH 139 | Gender, State, and Nation |
| WS 166A and ANTH 139 | Contemporary Issues in Gender & Islam |
| WS 199 | Women's Studies Senior Seminar |
| WS 210 | Graduate Seminar: Islams and Feminisms |
| WS 201 | Graduate Core: Feminist Theory: Religion and Sexuality |
| WS 200B | Graduate Core: Feminist Epistemologies and Methodologies |

**Undergraduate student theses and major committees**
Amanda Gutzwiller (thesis reader, Sociology, Scripps College, 2009-2010)
Christine Sargent (major committee and thesis reader, Middle East Studies, Pomona College, 2008-2010)
Anoush Suni (thesis reader, Middle East Studies, Pomona College, 2008-2009)
Rebecca Fogel (thesis reader, History, Scripps College, 2008-2009)
Kara Schnabel (thesis reader, Anthropology, Scripps College, 2008-2009)
Katherine Schneider (thesis reader, Anthropology, Scripps College, 2008-2009)
Meridith Bradley (thesis reader, English, Scripps College, 2008-2009)
Rana Sharif (UCI, 2004-2006)
Elizabeth Aulwurm (UCI, 2005-2006)

**Graduate student exam and dissertation committees**
Joanne Nucho (UCI, Anthropology), Ph.D. Co-Advisor with Bill Maurer
Cortney Aponte (UCI, Anthropology), committee member
Azza Basarudin (UCLA, Women's Studies), committee member, Ph.D. granted fall 2009
Khanum Shaikh (UCLA, Women's Studies), committee member, Ph.D. granted fall 2009
Rana Sharif (UCLA, Women's Studies), committee member

**Other teaching experience**
Instructor, "Peoples and Cultures of the Middle East," Online Course, University of New Orleans, Spring 2008
Guest Lecturer, "Qualitative Research Methods," Department of Psychology, University of South Florida, 2005
Instructor, "Cultures of the Middle East and North Africa," Departments of Anthropology and Middle Eastern Studies, Emory University, Fall 2002

## CONSULTANCIES

Consultant; Immigration and Refugee Board of Canada (on an ad hoc and pro bono basis), 2004-present
Consultant; Country Population Assessment; United Nations Population Fund; Beirut, Lebanon, 2001
Consultant; National AIDS Program, Ministry of Public Health; Beirut, Lebanon, 2001
Consultant; "Capacity Building for Youth Working on Environmental Issues," Ministry of Social Affairs and Fredrich Ebert Stiftung; Beirut, Lebanon, 2000

11

**PROFESSIONAL SOCIETY MEMBERSHIPS**
American Anthropological Association
    Middle East Section
    Society for Cultural Anthropology
    American Ethnological Society
Middle East Studies Association
Association for Middle East Women's Studies
Task Force on Middle East Anthropology (founding member)


**LANGUAGES**
Arabic: fluent and literate in Modern Standard Arabic and Colloquial Lebanese
French: intermediate reading proficiency, basic speaking skills

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MOHAMAD YOUSSEF HAMMOUD, )<br>)<br>Defendant. )<br>) | Case No. 3:00CR147-1-MU |

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2010, I caused the **SWORN STATEMENT OF LARA DEEB, PH.D.** to be filed electronically with the Clerk of Court through ECF, and that service on the Government will be accomplished by ECF sending an e-notice of the electronic filing to the following:

> David Alan Brown, Sr.
> Craig D. Randall
> Michael E. Savage
> Assistant United States Attorney
> Carillon Building, Suite 1700
> 227 West Trade Street
> Charlotte, NC 28202-1675
> David.brown3@usdoj.gov
> Craig.randall@usdoj.gov
> Mike.savage@usdoj.gov

> <u>s/James P. McLoughlin, Jr.</u>
> James P. McLoughlin, Jr.
> North Carolina State Bar No. 13795
> Attorney for Defendant
> Moore & Van Allen PLLC
> Suite 4700
> 100 North Tryon Street
> Charlotte, North Carolina 28202-4003
> Telephone: (704) 331-1054
> Fax: (704) 378-2054
> E-Mail: jimmcloughlin@mvalaw.com